IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-114-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| CESAR CALDERON-MONZON | ) | |

This matter is before the Court upon Defendant's Motion to File Under Seal [DE 58]. The Court, having considered the motion, hereby GRANTS IN PART and DENIES IN PART the motion.

The Court GRANTS Defendant's motion solely as to Exhibit E of the Defendant's Sentencing Memorandum (Def's Sen. Mem., Ex. E, pp. 19-22). Exhibit E, which contains non-public correspondence from Defendant's minor child, Yocelyn Calderon, shall be filed under seal and kept under seal until further order of this Court.

Defendant's Motion to File Under Seal is DENIED, however, as to Defendant's Sentencing Memorandum and all Exhibits attached thereto, except for Exhibit E.

SO ORDERED.

This the 3 day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE